MARTUS B. WALKER, plaintiff in error, *vs.* JOHN C. ZORN, defendant in error.

A count for *mesne* profits in a pending action of ejectment, is a suit to recover money, and the plaintiff, on complying with section 3533 of the Code, may have process of garnishment, as in other cases "where suit is pending."

Ejectment. Garnishment. Before Judge BUCHANAN. Upson Superior Court. May Term, 1875.

Report unnecessary.

SAMUEL HALL; WILLIAM S. WALLACE, for plaintiff in error.

A. M. SPEER; PEEPLES & HOWELL, for defendant.

BLECKLEY, Judge.

The count for *mesne* profits, in an action of ejectment, is a claim for money, and when such an action is pending we see no reason for denying the plaintiff the remedy of garnishment. The Code seems broad enough to embrace all money demands, whether resting on *tort* or on contract: Code, sections 3532, 3533, 3278.

Judgment affirmed.